HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
OMA REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-PO-00177-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE PAYMENT DEADLINE |
| v. | ) | |
| | ) | |
| OMA REED, | ) | Judge: Honorable Carolyn K. Delaney |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

   IT IS HEREBY STIPULATED between the parties through their respective counsel,

Assistant United States Attorney Alstyn Bennett and Assistant Federal Defender Linda Allison,

attorney for Oma Reed,  that the date for Ms. Reed to pay her fine currently set for July 16, 2021

be continued to October 16, 2021.

   This continuance is to allow Ms. Reed additional time to pay her fine of $90.00.  Ms.

Reed's money goes to the payee to pay her bills directly and the payee then gives her a weekly

allowance.  Her expenses have been higher than usual because she is living with a friend and

/ / /

/ / /

/ / /

-1-

1    needs to get cabs to get around.  She used to walk more but she is further away now, and it has

2    been too hot to walk.

3

4    Dated: July 13, 2021                    HEATHER E. WILLIAMS
5                                            Federal Defender

6                                            /s/ Linda C. Allison_____
                                             LINDA C. ALLISON
7                                            Assistant Federal Defender

8    Dated:  July 13, 2021                   PHILLIP A. TALBERT
9                                            Acting United States Attorney

10                                           /s/ Alstyn Bennett_____
                                             Assistant United States Attorney
11

12                                **O R D E R**

13

14            IT IS HEREBY ORDERED that the deadline for Oma Reed to pay her fine is continued

15    from July 16, 2021 to October 16, 2021.

16    Dated:  July 13, 2021
                                             _____
17                                           CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28